

# Fourth Court of Appeals
## San Antonio, Texas

December 29, 2022

No. 04-22-00582-CV

**IN THE INTEREST OF T.J.B.**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI19887
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

On November 14, 2022, we ordered the court reporter to file the reporter's record by December 14, 2022. At this time, the court reporter has not filed the record. Accordingly, we **order** the court reporter to file the reporter's record **by January 30, 2022.** The court reporter is advised if the record is not received by this date, we may initiate contempt proceedings.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of December, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court